**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**
Norfolk Division

DONALD ALEXANDER McMILLIAN, #308672,

       Petitioner,

v.                                                                    ACTION NO. 2:05cv405

GENE M. JOHNSON, Director of the
Virginia Department of Corrections,

       Respondent.

<u>FINAL ORDER</u>

      This matter was initiated by petition for a writ of habeas corpus under 28 U.S.C. § 2254.

      The petition alleges violation of petitioner's constitutional rights pertaining to his conviction for first-degree murder on February 1, 2002, in the Circuit Court of the City of Richmond, as a result of which he was sentenced to serve fifty years in the Virginia penal system.

      The petition was referred to a United States Magistrate Judge pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and (C) and Rule 72 of the Rules of the United States District Court for the Eastern District of Virginia for report and recommendation. Report of the Magistrate Judge was filed on November 18, 2005, recommending dismissal of the petition. By copy of the report, each party was advised of his right to file written objections to the findings and recommendations made by the Magistrate Judge. The Court has received no objections to the United States Magistrate Judge's Report and Recommendation and the time for filing same has expired.

      The Court does hereby accept the findings and recommendations set forth in the report of the United States Magistrate Judge filed November 18, 2005, and it is therefore ORDERED that the

petition be DENIED and DISMISSED and that judgment be entered in favor of the respondent, since petitioner's claims are barred by the statute of limitations.

Petitioner may appeal from the judgment entered pursuant to this Final Order by filing a written notice of appeal with the Clerk of this court, United States Courthouse, 600 Granby Street, Norfolk, Virginia 23510, within 30 days from the date of entry of such judgment.

Petitioner has failed to demonstrate "a substantial showing of the denial of a constitutional right," therefore, the Court declines to issue any certificate of appealability pursuant to Rule 22(b) of the Federal Rules of Appellate Procedure. See Miller-El v. Cockrell, 123 S.Ct. 1029, 1039 (2003).

The Clerk shall mail a copy of this Final Order to the petitioner and to counsel of record for the respondent.

/s/ Jerome B. Friedman
UNITED STATES DISTRICT JUDGE

Norfolk, Virginia

December 14 , 2005